■ In the Matter of RICHARD DIETL, Appellant, v BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent. [53 NYS3d 545]—

Order, Supreme Court, New York County (Debra A. James, J.), entered May 12, 2017, which denied the petition to correct a voter registration, and dismissed this proceeding brought pursuant to Election Law § 16-108, unanimously affirmed, without costs.

The court correctly found that, by checking two different political party affiliations on his application to register as a new voter in the City of New York, petitioner failed to enroll in any party (Election Law § 5-302 [3]). We reject petitioner's argument that respondent should have enrolled him in the party in which he had previously been enrolled, in Nassau County (see Election Law §§ 5-208 [4]; 5-304 [4]; *Matter of Coopersmith v Ortutay*, 76 AD3d 651 [2d Dept 2010]). Concur—Sweeny, J.P., Renwick, Andrias, Kapnick and Kahn, JJ.